THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
JOSE BATISTA, Appellant. [931 NYS2d 219]—

Defendant did not preserve his challenge to the legal suffi-
ciency of the evidence, and we decline to review it in the inter-
est of justice. As an alternative holding, we reject it on the
merits. We also find that the verdict was not against the weight
of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349
[2007]). There is no basis for disturbing the court's credibility
determinations. The evidence supports the inference that de-
fendant acted with the requisite intent for second-degree harass-
ment (*see* Penal Law § 240.26 [1]; *People v Bartkow*, 96 NY2d
770 [2001]), particularly since defendant swung at the victim
while making threats of violence. Concur—Saxe, J.P., Friedman,
Moskowitz, Freedman and Richter, JJ.